UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v. **DECISION AND ORDER**
08-CR–186-A

PATRICK C. PERRY,

                Defendant.

This case was referred to Magistrate Judge Hugh B. Scott for supervision of all pretrial proceedings. On June 5, 2013 defendant Perry moved for disclosure of informant identities, among other relief. (Dkt. No. 936). After briefing and oral argument of the motion, on July 3, 2013, Magistrate Judge Scott issued an Order denying defendant's motion disclosure of informant identities. (Dkt. No. 945).

On July 23, 2013, defendant Perry filed an appeal of the Magistrate Judge's Order. (Dkt. No. 954). The United States filed a response (Dkt. No. 958) and Court heard oral argument.

Pursuant to 28 U.S.C. § 636, the Court reviews the issues under appeal by a clearly erroneous or contrary to law standard of review. After reviewing the submissions of the parties and hearing oral argument, and upon clearly erroneous or contrary to law review of the issues under appeal, the Court denies the appeal.

Accordingly, for the reasons set forth in Magistrate Judge Scott's Order, defendant's appeal is denied in all respects. The parties shall appear before this

Court on October 4, 2013 at 2:00 p.m. for a status conference and/or meeting to set trial date.

SO ORDERED.

*s/Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: October 3, 2013